```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DWIGHT D. RAMSAY,

                Plaintiff,        21-cv-10668 (JGK)

    - against -                ORDER

METRO-NORTH COMMUTER RAILROAD,
                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 25, 2022.

SO ORDERED.

Dated:    New York, New York
         February 10, 2022

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge