420 Lexington Avenue  
New York, NY 10170  
www.mta.info

Catherine A. Rinaldi  
President



# Metro-North Railroad

February 15, 2022

**Via ECF filing**
Hon. John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Dwight D. Ramsay v. Metro-North Railroad
    File No.: 21 Civ. 10668 (JGK)

*Time to submit the Rule 26 (f) Report is adjourned to 4/15/22. So ordered.*

*[signature]*
*2/15/22   USDJ*

Dear Honorable Judge Koetl:

This office represents the interests of the defendant, Metro-North Commuter Railroad.

Please accept this formal letter on behalf of the Defendant requesting the adjournment of the February 25, 2022 date to submit Rule 26 (f) report

The need for this adjournment is that the Defendant is in the process of commencing a Third-Party action against the company that was responsible for the removal of ice and snow at the site of where Plaintiff contends to have slipped at the time of his accident. In the instant action, Plaintiff contends on February 14, 2019 he injured himself when he slipped on snow/ice at Metro-North's North White Plains Yard facility. At the time of this accident, Metro-North had retained the services of Alfredo LDC to provide snow removal services for Metro-North at this facility.

On February 10, 2022, the defendant forwarded the summons and the Third-Party complaint to our process server so the pleading could be served.

As such, in order to avoid wasting this court's time Defendant/Third-Party Plaintiff will appreciate it if your honor would grant this request for adjournment of conference until the Third-Party Defendant appears in this litigation.

420 Lexington Avenue  
New York, NY 10170  
www.mta.info

Catherine A. Rinaldi  
President



Thank you for your courtesies with respect to this request.

Yours truly,

Alan Muraidekh  
Senior Associate Counsel  
Email: AMuraidekh@mnr.org  
Phone: (212) 340-2203

cc: Mark Wietzke, Esq. (Via ECF)