UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

DWIGHT D. RAMSAY,

                Plaintiff,

- against-                                    21-cv-10668 (JGK)

METRO-NORTH COMMUTER RAILROAD,      ORDER

                Defendant.

―――――――――――――――――――――――――――――――

METRO-NORTH COMMUTER RAILROAD,

                Third Party Plaintiff,

- against-

ALFREDO LDC,

                Third Party Defendant.

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 15, 2022.

SO ORDERED.

Dated:    New York, New York
           March 28, 2022

                                                John G. Koeltl
                                      United States District Judge