UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────

DWIGHT D. RAMSAY,

                    Plaintiff,                    21-cv-10668 (JGK)

            - against -                           ORDER

METRO-NORTH COMMUTER RAILROAD,
                    Defendant.
─────────────────────────────────────

METRO-NORTH COMMUTER RAILROAD,
        Third-Party Plaintiff,

            - against -

ALFREDO LDC,
        Third-Party Defendant.

─────────────────────────────────────


JOHN G. KOELTL, District Judge:

    The conference scheduled for April 26, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          April 21, 2022

                                          _____
                                              John G. Koeltl
                                          United States District Judge