420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President

> Application granted. The parties Joint Pre-Trial Order shall be filed 21 days after decision of any dispositive motion.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            May 16, 2023

## Metro-North Railroad

May 15, 2023

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant, Jr.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

By ECF

Re:    Ramsay v. Metropolitan Transportation Authority
       Metro-North Commuter Railroad Company v. Alfredo LDC
       SDNY Case No. 21 Civ. 10668 (PMH)

Dear Judge Halpern:

        Pursuant to the Court's scheduling order in this case, the Joint Pre-Trial Order ("JPTO") and pre-trial documents are to be filed by May 19, 2023. However, a pre-motion conference as to Metro-North's anticipated motion for summary judgment conference is now scheduled for May 25, 2023 at 3 p.m. In light of the anticipated motion practice, which will likely have ramifications on the course of any trial herein, the parties respectfully and jointly request an extension of the time to file the JPTO and pre-trial documents until after the resolution of any potentially dispositive motions. Thank you for your consideration of this request. All parties consent.

Very truly yours,

Andrew Muccigrosso
Sr. Associate Counsel
(212) 340-2538

cc: Marc Wietzke, Esq.
     Howard Rabin, Esq.