UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DWIGHT D. RAMSAY,

                     Plaintiff,

v.

METRO-NORTH COMMUTER
RAILROAD,

                     Defendant.
----------------------------------------------------------X
METRO-NORTH COMMUTER
RAILROAD,

                     Third-Party Plaintiff,

v.

ALFREDO LDC,

                     Third-Party Defendant.
----------------------------------------------------------X

**<u>ORDER</u>**

21-CV-10668 (PMH)

PHILIP M. HALPERN, United States District Judge:

       Counsel for all parties appeared in Courtroom 520 for a pre-motion conference on May 25, 2023 at 3:00 p.m. After hearing the parties and reviewing the parties' letter submissions regarding Defendant/Third-Party Plaintiff Metro-North Commuter Railroad's ("Metro-North") anticipated motion for summary judgment (Docs. 32, 35), for the reasons stated and as discussed on the record, the Court granted Metro-North leave to move for summary judgment. The Court further directed:

    (1) Metro-North to, by June 2, 2023, submit a letter to the Court via ECF concerning whether it will move for summary judgment;

(2) Metro-North and Third-Party Defendant Alfredo LDC ("Alfredo LDC") to, by June 2, 2023, provide revised responses to Metro North's 56.1 statement and Alfredo LDC's counter statement of facts at Doc. 36;

(3) If Metro-North intends to move for summary judgment, Metro-North to serve, not file, its motion for summary judgment by June 15, 2023; Alfredo LDC to serve, not file, its opposition by June 29, 2023; Metro-North to serve and file its reply by July 14, 2023; and all papers to be filed on the reply date, July 14, 2023;

(4) The parties to meet and confer concerning those materials required under Rules 6(A) and 6(B) of this Court's Individual Practices; and to serve and file those materials required by Rules 6(A) and 6(B) and any motions *in limine* on or before July 19, 2023;

(5) The parties to file any opposition papers to the motions *in limine* by August 2, 2023.

See transcript.

A mediation referral order will be docketed separately.

SO ORDERED:

Dated: White Plains, New York
May 25, 2023

_____
PHILIP M. HALPERN
United States District Judge