UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DWIGHT D. RAMSAY,

                            Plaintiff,

v.

METRO-NORTH COMMUTER
RAILROAD,

                            Defendant.
----------------------------------------------------------X
METRO-NORTH COMMUTER
RAILROAD,

                            Third-Party Plaintiff,

v.

ALFREDO LDC,

                            Third-Party Defendant.
----------------------------------------------------------X

**ORDER**

21-CV-10668 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Pursuant to the Court's May 30, 2023 Order (Doc. 41), the parties were directed to file those materials required by Rules 6(A) and 6(B) of this Court's Individual Practices and any motions *in limine* on or before July 19, 2023. The parties have not filed those materials required by Rules 6(A) and 6(B) nor any motions *in limine*. Accordingly, the parties are directed to:

    (1) file those materials required by Rules 6(A) and 6(B) and any motions *in limine* on or before **July 28, 2023 at 5:00 p.m.**; and

    (2) file any opposition papers to the motions *in limine* by August 11, 2023.

    No further extensions of time will be granted.

1

SO ORDERED:

Dated: White Plains, New York
July 21, 2023

_____
PHILIP M. HALPERN
United States District Judge

2