# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____
Sean Constable, Esq.
Admitted in NY & MA

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 51.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 17, 2023

Judge Phillip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: RAMSAY V. METRO-NORTH COMMUTER RAILROAD & ALFREDO, LDC
    21 Civ. 10668 (JGK)(SLC)

Dear Judge Halpern:

I am plaintiff's counsel in the above-entitled case scheduled for a status conference on August 23, 2023 at 2:30 PM. The parties were scheduled to attend mediation yesterday, however, I was actively engaged in a trial in Pennsylvania so the mediation has been re-scheduled for October 2, 2023. It is respectfully requested that the conference next week be adjourned to a date and time following the mediation.

I have spoken with defense counsel and they join in this request.

Respectfully submitted,

Marc Wietzke

MW:EF
cc: Andrew Muccigrosso, Esq.
    Attorney for Defendant Metro-North.
    Howard Rabin, Esq.
    Attorney for 3rd Party Defendant Alfredo LDC