UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DWIGHT D. RAMSAY,

                  Plaintiff,

v.

METRO-NORTH COMMUTER
RAILROAD,

                  Defendant.
-----------------------------------------------------------X
METRO-NORTH COMMUTER
RAILROAD,

                  Third-Party Plaintiff,

v.

ALFREDO LDC,

                  Third-Party Defendant.
-----------------------------------------------------------X

**ORDER**

21-CV-10668 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared in Courtroom 520 for an in-person pretrial conference on August 23, 2023. As discussed on the record, the parties are on five days' notice of trial.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, **by August 30, 2023 at 5:00 p.m.**, and Amended Joint Pretrial Order.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Verdict Sheet and file, **by August 30, 2023 at 5:00 p.m.,** a revised proposed Verdict Sheet.

3. The questions in the parties' proposed *Voir Dire* are all granted or granted in substance except Questions 3, 19, 20, 25, 27, 28, 55, and 57 are denied.

1

4. A final pretrial conference has been scheduled for **September 6, 2023 at 12:00 p.m.**

See Transcript.

Dated: White Plains, New York
        August 23, 2023

SO ORDERED:

_____
PHILIP M. HALPERN
United States District Judge