UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DWIGHT D. RAMSAY,

                     Plaintiff,

v.

METRO-NORTH COMMUTER
RAILROAD,

                     Defendant.
-----------------------------------------------------------X
METRO-NORTH COMMUTER
RAILROAD,

                     Third-Party Plaintiff,

v.

ALFREDO LDC,

                     Third-Party Defendant.
-----------------------------------------------------------X

**ORDER**

21-CV-10668 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties were directed to submit a joint letter advising the Court as to the status of settlement by October 3, 2023 (Doc. 60). The Court has not received a letter from the parties. Accordingly, the parties are directed to, by October 6, 2023 at 5:00 p.m, submit a status report via joint letter filed on ECF.

SO ORDERED:

Dated: White Plains, New York
         October 4, 2023

_____
PHILIP M. HALPERN
United States District Judge

1