UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
  DWIGHT D. RAMSAY,

                        Plaintiff,

v.

  METRO-NORTH COMMUTER
  RAILROAD,

                        Defendant.
----------------------------------------------------------X
  METRO-NORTH COMMUTER
  RAILROAD,

                        Third-Party Plaintiff,

v.

  ALFREDO LDC,

                        Third-Party Defendant.
----------------------------------------------------------X

**ORDER**

21-CV-10668 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for Third-Party Plaintiff Metro-North Commuter Railroad ("Metro-North") and Third-Party Defendant Alfredo LDC ("Alfredo") appeared via telephone for a case management conference on October 25, 2023.

      As explained more fully on the record during the appearance, the Court directs the parties to file, by **October 31, 2023**, letters setting forth their position as to whether the third-party action should be tried as a jury trial or bench trial. The Court further directs the parties to meet and confer regarding changes to those materials required by Rules 6(A) and 6(B) of this Court's Individual Practices and, by **November 20, 2023**, file revised versions of those materials. Contemporaneous with the filing of the foregoing materials, the parties are directed to submit to Chambers, via email

1

at HalpernNYSDChambers@nysd.uscourts.gov, copies of their Rules 6(A) and 6(B) materials in Word format as set forth in the Court's Individual Practices.

A final pretrial conference has been scheduled for **November 27, 2023 at 12:30 p.m.** in Courtroom 520 of the White Plains courthouse.

**SO ORDERED:**

Dated:   White Plains, New York
        October 25, 2023

_____
PHILIP M. HALPERN
United States District Judge