| | |
|---|---|
| 420 Lexington Avenue<br>New York, NY 10170<br>www.mta.info | **Catherine A. Rinaldi**<br>President |


# Metro-North Railroad

October 5, 2023

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant, Jr.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

<u>By ECF</u>

Re:   Ramsay v. Metropolitan Transportation Authority, Metro-North Commuter Railroad
      <u>Company v. Alfredo LDC</u>, SDNY Case No. 21 Civ. 10668 (JGK)

Dear Judge Halpern:

The parties write to jointly update the Court on the status of this action. The FELA action brought by Dwight Ramsay against Metro-North has been settled. While progress was also made at between Metro-North and Alfredo LDC at Monday's mediation session, Metro-North and Alfredo have not yet resolved the third-party action against Alfredo. Counsel are conferring with their respective clients and will discuss settlement again. We request to update the Court with a status letter on or before October 19, 2023. Thank you.

Very truly yours,

Andrew Muccigrosso
Sr. Associate Counsel
(212) 340-2538

MTA Metro-North Railroad

---

In light of the representations made in the October 5, 2023 joint status report (Doc. 62), the action brought by Plaintiff Dwight Ramsay against Defendant Metro-North is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

The third-party action between Third Party Plaintiff Metro-North and Third Party Defendant Alfredo LDC remains pending. Pursuant to the consent form filed by Metro-North and Alfredo LDC (Doc. 73), the third-party action will be referred to the magistrate judge for all purposes.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        November 14, 2023