420 Lexington Avenue
New York, NY 10170
www.mta.info

**Catherine A. Rinaldi**
President



# Metro-North Railroad

December 19, 2023

Hon. Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant, Jr.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

By ECF

Re:   Ramsay v. Metropolitan Transportation Authority, Metro-North Commuter Railroad
      Company v. Alfredo LDC, SDNY Case No. 21 Civ. 10668 (VR)

Dear Judge Reznik:

The parties jointly and respectfully submit this letter to inform the Court this this matter has been resolved in principle between the parties. We therefore request that the Court adjourn or cancel the status conference scheduled for tomorrow before Your Honor to allow the parties time to complete the necessary settlement paperwork.

Thank you.

Respectfully submitted,

Andrew Muccigrosso
Sr. Associate Counsel
(212) 340-2538

cc: Howard Rabin, Esq. (via ECF)

**MEMO ENDORSED**

The parties' request is **GRANTED.**

The teleconference originally scheduled for 12/20/23 is adjourned without date.

By 1/12/24, the parties are to submit a joint status letter regarding the status of settlement.

The Clerk of Court is requested to close out ECF No. 77.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 12/19/23

---

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
**Janno Lieber**, MTA Chairman and CEO