**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Ramsay,

                                    Plaintiff(s),                                   7:21-cv-10668-VR

                    -against-
                                                                                     **ORDER**
 Metro-North Commuter Railroad Company,
                                    Defendant(s).
----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it
is hereby

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to
reopening should the settlement not be concluded within forty five (45) days from the date of this
Order.


            **SO ORDERED.**

DATED:        White Plains, New
              York 1/26/24



                                                            VICTORIA REZNIK

                                                       United States Magistrate Judge